**Graybeard Investigations Inc.**
RETURN OF SERVICE

Service, Return and Mileage                                                                     $ 68.00

I hereby certify that I served the COMPLAINT AND JURY DEMAND, SUMMONS OIN A CIVIL ACTION, DISCLOSURE STATEMENT, CORPORATE DISCLOSURE, 3:21-cv- 00099- RGE-SHL on the listed subject as follows

[ ] Personal Service:     By leaving a copy of the above listed document with the named individual.

[ ] Abode Service: By leaving a copy of the above listed documents at the usual place of Abode for the named subject. Said documents left with some person of his family or a person residing there. A subject 13 years or upward (IL.) or 18years or upward (IA.) and informing that person of the contents of said documents. In Illinois cases a copy of the summons was also sent to the listed subject, postage paid via U.S. Mail.     **DATE OF MAILING** _____

[X] Corporation:     By leaving a copy of the documents with the registered agent, officer or agent of each listed corporation.

[ ] Other-

{ } Due Diligence _____

---

Name of Subject-           SELCO INC.
Documents Given To-     Daniel Muntz

     *Sex- Male     *Race- White     *Approx. Age- 55

*Place of Service- 643 West Mayne St Bluegrass Iowa

*Date of Service 12-15-2021     *Time of Service 0930 hrs

Date of Mailing-

---

SIGNED AND SWORN TO BEFORE ME                                    SERVED BY

_Terri L Devrieze_                                                                        _Jonathan Cox_
                                                                                                  GRAYBEARD INVESTIGATIONS INC.

December 16 2021

> Official Seal
> Terri L Devrieze
> Notary Public State of Illinois
> My Commission Expires 05/11/2024

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

LAKENDAL BATES

*Plaintiff(s)*

v.

Civil Action No. 3:21-cv-00099-RGE-SHL

SELCO, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Phone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED

JOHN S. COURTER, Clerk

Date: _____

By: _____

DEPUTY CLERK